THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD EVANS, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crime of manslaughter in the first degree, unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.